UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
ATTORNEYS FOR DEFENDANTS
58 South Service Road, Suite 410
Melville, New York 11747
(631) 247-0404

ATTORNEY OF RECORD:
    MARK S. MANCHER, ESQ. (MM6162)

------------------------------------------------------------x

RAMON E. MORA,

                    Plaintiff,

     -against-

GOODMAN MANAGEMENT CO., INC.,
66-36 YELLOWSTONE BOULEVARD
COOPERATIVE OWNERS, INC.
CLAUDINE GRUEN, as Managing Agent
for 66-36 Coop and in her individual capacity
as an aider and abettor, JOSEF DAVYDOV,
in his individual capacity, and on behalf of
his minor child defendant ISABELLA
DAVYDOV, ROBIN KERNS, and KAREN
HARTING,

                    Defendants.

Civ. No.: CV-05 00714
Townes J. J.
Gold, M.

------------------------------------------------------------x

**STIPULATION AND ORDER OF FINAL DISMISSAL WITHOUT PREJUDICE**

        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, that the above-captioned action be dismissed without prejudice and, further, the parties stipulate that they consent to the tolling of the statute of limitations for all claims raised in the above-captioned matter between the date of the entry of this Stipulation and decision by the Appellate Division on the appeal of Ramon Mora's criminal conviction Index Number

| Ambrose Wotorson, Esq.<br>*ATTORNEYS FOR PLAINTIFF*<br>26 Court Street, Suite 1811<br>Brooklyn, New York 11242<br><br>By: _[signature]_<br><br>Dated: 11-13-07 | JACKSON LEWIS LLP<br>*ATTORNEYS FOR DEFENDANTS*<br>58 South Service Road, Suite 410<br>Melville, New York 11747<br>(631) 247-0404<br><br>By: _[signature]_<br>Mark S. Mancher (MSM6162)<br>Dated: 11/20/07 |
|---|---|

SO ORDERED on this ____ day of _____, 2007

_____
U.S.D.J.

I:\Clients\G\79346\pleadings\Stipulation of Discontinuance.doc

2